JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
KEITH DALTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| KEITH DALTON, | No.   2:22-cv-00060-AC(SS) |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 30, 2022.

   This is a first extension of only a matter of days, in a case filed in 2022, based on other briefs and work plaintiff's counsel must complete.

[Pleading Title] - 1

Dated:   June 17, 2022                                  /s/    *Jesse S. Kaplan*
                                                        JESSE S. KAPLAN
                                                        Attorney for Plaintiff

Dated:  June 17, 2022                                   /s/ per e-mail authorization

                                                        LYNN HARADA for
                                                        OSCAR GONZALEZ DE LLANO
                                                        Special Assistant U.S. Attorney
                                                        Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to June 30, 2022.

SO ORDERED.

Dated: June 21, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2