**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**KEITH DALTON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **KEITH DALTON,** | No.  2:22-cv-00060-AC(SS) |
| Plaintiff, | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Kilolo Kijakazi,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 1, 2022.

This is a second extension, but of only one day, in a case filed in 2022, with only a very modest extension of time requested originally. Plaintiff's counsel finds this case, not previously

[Pleading Title] - 1

handled, more complicated because of disability factors, the evidence reflecting them, and how the administrative decision at issue handled things than estimated.

Dated:   June 28, 2022                                               /s/    *Jesse S. Kaplan*
                                                                     JESSE S. KAPLAN
                                                                     Attorney for Plaintiff

Dated:   June 28, 2022                                                */s/ per e-mail authorization*

                                                                     OSCAR GONZALEZ DE LLANO
                                                                     Special Assistant U.S. Attorney
                                                                     Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to July 1, 2022.

SO ORDERED.

Dated: June 29, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE