UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. DALTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:22-cv-00060 AC<br><br><br>ORDER |

　　On August 12, 2022, defendant moved for an extension of time to file a cross-motion for summary judgment.  ECF No. 13.  Defendant has now filed a cross-motion (ECF No. 15) and the motion for an extension of time (ECF No. 13) is GRANTED nunc pro tunc.

　　As an additional matter, the parties were ordered to file their consent/decline forms regarding magistrate judge jurisdiction no later than April 15, 2022.  Defendant has not timely filed a consent/decline form.  Defendant is therefore ORDERED to file such form no later than October 28, 2022.

　　IT IS SO ORDERED.

DATED: October 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE