**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**KEITH DALTON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| KEITH DALTON, | No.   2:22-cv-00060-AC(SS) |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to November 11, 2022.

    This is a first extension for this reply brief, on a case filed in 2022, requested because plaintiff's counsel has already had to request an extension of two days on an intervening motion

[Pleading Title] - 1

for summary judgment and has three hearings in November before the new proposed date, with attendant requirements, along with his other work.

Dated:   October 27, 2022                          /s/    *Jesse S. Kaplan*
                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff

Dated:  October 27, 2022                            */s/ per e-mail authorization*
                                                   MICHAEL K. MARRIOTT
                                                   Special Assistant U.S. Attorney
                                                   Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to November 11, 2022.

SO ORDERED.

Dated: October 31, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2